**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Nike, Inc.

                                                    Plaintiff,

v.                                                          Case No.:
                                                            1:23–cv–01764
                                                            Honorable John F.
                                                            Kness

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

        MINUTE entry before the Honorable John F. Kness: Plaintiff and Defendant DykhmilyWork (Def. No. 115) ("Defendant") informed Court staff today that they have reached a settlement agreement and are in the process of executing its terms. Plaintiff and Defendant DykhmilyWork thus request that the Court defer ruling on Plaintiff's pending motion for entry of a preliminary injunction (Dkt. [28]) as to Defendant DykhmilyWork only. Based on this report, the Court excludes Defendant DykhmilyWork from its consideration of the pending motion [28] for a preliminary injunction and dismisses as moot (and without prejudice) Plaintiff's motion [45] for sanctions as to Defendant DykhmilyWork. Plaintiff's motion for a preliminary injunction [28] is granted as to all remaining Defendants except for DykhmilyWork. Enter separate preliminary injunction order. Plaintiff's filings establish that Plaintiff has acted expeditiously to protect its interests and that there remains a significant risk Defendants will transfer relevant assets beyond the Court's reach. For these reasons, as well as the reasons provided in the whole of Plaintiff's filings and as stated by the Court in connection with entry of the TRO, the Court is persuaded that Plaintiff has satisfied the requirements for a preliminary injunction. In addition, the Court finds that the balance of harms favors Plaintiff and that a preliminary injunction serves the public interest by, among other things, protecting consumers from the marketing of counterfeit goods. Plaintiff has also certified and established [30] [38] that it provided electronic notice to Defendants of the pendency of this case and provided a link to a website containing relevant case documents (including the motion for a preliminary injunction), but, despite the Court having provided [37] the opportunity to do so, no Defendant has objected to the motion for a preliminary injunction. Plaintiff's counsel is directed to ensure that all Defendants listed on Schedule A are added to the docket within five business days. The Clerk is requested to unseal any previously–sealed documents. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.